UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00356-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MICHELLE LEE KERN, | |
| Defendant. | |

On November 7, 2013, Defendant Michelle Lee Kern ("Defendant") pled guilty to one count of Investment Advisor Fraud in violation of 15 U.S.C. § 80b-6(1). See ECF No. 5. The Judgment and Sentencing is set for July 31, 2014. ECF No. 12. Defendant is not currently in custody pending judgment and sentencing.

In light of recent embezzlement and identity theft charges brought by the Placer County District Attorney, the United States moved for an order directing Defendant to appear in court on June 26, 2014 for a hearing on her custody status. ECF No. 14. In the alternative, the United States asks for an order remanding Defendant into custody forthwith. Id.

Defendant opposes the Government's Motion and requests to remain out of custody pending sentencing due to health concerns and her role as a primary caretaker. Opp'n, ECF No. 16. Defendant also requests that this Court order her appearance on

June 26, 2014 to allow her to be heard on the issue of whether she should be remanded into custody pending judgment and sentencing.  Id.

Defendant is ORDERED to personally appear for the hearing on the Government's Motion, ECF No. 14, on June 26, 2014 at 09:00 AM in Courtroom 7.

IT IS SO ORDERED.

Dated:  June 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT