CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for MICHELLE LEE KERN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHELLE LEE KERN,<br><br>                    Defendant. | No. 2:13-CR-00356-MCE<br><br>**SEALING ORDER** |

    Good cause having been shown by Defendant Michelle Lee Kern's Request to Seal Document, IT IS HEREBY ORDERED:

    1. Pursuant to Local Rule 141, the Clerk of this Court shall file under permanent seal the document entitled "Supplement to Defendant's Opposition to Government's Motion for Order Remanding Defendant Into Custody," consisting of one page, and Exhibit "A" to said Supplement, consisting of 9 consecutively numbered pages; and

///

///

///

///

1

2. Electronic and other access to said document shall be limited to counsel for the parties herein and the United States Probation Office.

IT IS SO ORDERED.

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT