HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00356-MCE |
| Plaintiff, | APPLICATION FOR AND ORDER APPOINTING COUNSEL |
| vs. | |
| MICHELLE KERN, | |
| Defendant. | |

MICHELLE KERN, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through Attorney RACHELLE BARBOUR, to represent her in this case.

Ms. Kern has requested that counsel be appointed to represent her in requesting early termination of her supervision. The matter was referred to the Federal Defender's Office to help Ms. Kern with the matter. The Federal Defender's Office has reviewed Ms. Kern's financial affidavit, and she does qualify for appointed counsel. The Federal Defender's Office respectfully requests appointment to represent Ms. Kern.

DATED: June 18, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　/s/ Rachelle Barbour
　　　　　　　　　　　　　　　　　　　　　　　RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　　　　　Attorney

Having satisfied the Court that she is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

Dated: June 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE